UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 18-55418
CHAPTER: 7
JUDGE: Shefferly

Debtor.
Michael S. McCauley JR.

MOTION FOR/TO **dismiss ch. 7 petition for bankruptcy**

NOW COMES Debtor(s), and brings this motion for/to **voluntary dismissal**

_____. In support of Debtor(s)'s motion, Debtor states the following [state the facts]:

1. upon further review was advised this filing could adversley impact my current employment.

2. _____

3. Debtor requests _____

WHEREFORE, Debtor requests this Court to consider Debtor's Motion for/to **motion to dismiss Ch. 7 petition for bankruptcy** and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Respectfully submitted,

Dated: 12/7/2018

(Debtor's Signature)
Print Name: Michael McCauley

(Co-Debtor's Signature)
Print Name: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: Michael S. McCauley Jr.

CASE NO: 18-55418
CHAPTER: 7
JUDGE: Shefferly

Debtor.
_____/

ORDER GRANTING MOTION TO/FOR _____
_____

This matter having come before the Court on Debtor's motion, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.